# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON THOMAS, | 1:09-cv-01785-LJO-SMS (HC) |
| Petitioner, | ORDER DENYING TO ISSUE CERTIFICATE OF APPEALABILITY |
| v. | [Doc. 8] |
| NEIL H. ADLER, | |
| Respondent. | |

On December 2, 2009, the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 was dismissed and judgment was entered.  (Court Docs. 6 and 7.)

On December 9, 2009, Petitioner filed a notice of appeal.  (Court Doc. 8.)  Because the instant petition was dismissed as a successive section 2255 petition disguised as a section 2241 petition, a Certificate of Appealability is required.  Porter v. Adams, 244 F.3d 1006, 1007 (9th Cir. 2001) ("[m]erely labeling a section 2255 motion as a section 2241 petition does not overcome the bar against successive section 2255 motions" and "a petitioner attacking the conviction and sentence may not seek habeas relief under section 2241 in this court without a COA.").

The controlling statute, 28 U.S.C. § 2253, provides as follows:

(a) In a habeas corpus proceeding or a proceeding under section 2255 before a district judge, the final order shall be subject to review, on appeal, by the court of appeals for the circuit in which the proceeding is held.
(b) There shall be no right of appeal from a final order in a proceeding to test the validity of a warrant to remove to another district or place for commitment or trial a person charged with a criminal offense against the United States, or to test the validity of such

1

person's detention pending removal proceedings.
(c)(1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from--
    (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court;  or
    (B) the final order in a proceeding under section 2255.
(2) A certificate of appealability may issue under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.
(3) The certificate of appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2).

This Court will issue a certificate of appealability when a petitioner makes a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(2).  To make a substantial showing, the petitioner must establish that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further'."  Slack v. McDaniel, 529 U.S. 473, 484 (2000) (*quoting* Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).

In the present case, the Court finds that Petitioner has not made the required substantial showing of the denial of a constitutional right to justify the issuance of a certificate of appealability.  Reasonable jurists would not find it debatable that Petitioner has failed to show an entitlement to federal habeas corpus relief.  Accordingly, the Court hereby DECLINES to issue a Certificate of Appealability.

        IT IS SO ORDERED.

**Dated:   January 12, 2010**        /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE